**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| L.B., by and through his next friend, GUILLERMO B., | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. H-24-118 |
| v. | § § | |
| KATY INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons stated in the Memorandum and Recommendation and the Order Adopting the Memorandum and Recommendation, Katy Independent School District's motion for summary judgment, (Docket Entry No. 16), is granted. This case is dismissed, with prejudice. This is a final judgment.

SIGNED on April 9, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge